IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

RICHARD VILLAR,
    Plaintiff,

Civil Action No. 7:11-cv-00355

v.

**ORDER**

UNITED STATES OF AMERICA, et al.,
    Defendants.

By:   Hon. Jackson L. Kiser
       Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the action is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed in forma pauperis.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 27th day of October, 2011.

                    /s/ Jackson L. Kiser
                    Senior United States District Judge